## 649.  LEWIS v. THE STATE.

HILL, C. J.  1. Where three men in front of a citizen's house at night curse and threaten him in loud voices, repeatedly firing a gun, thereby greatly frightening him and members of his family, each participating in such conduct, they are all guilty of the offense of riot.

2. The excerpts objected to, when considered in connection with the entire charge, contain no material or hurtful error of law.

3. The evidence supported the verdict, and the judgment of the court refusing a new trial will not be disturbed.    *Judgment affirmed.*

Accusation of riot, from city court of Waynesboro—Judge Johnston.  June 17, 1907.

Submitted October 7,—Decided October 16, 1907.

*Brinson & Davis, H. J. Fullbright,* for plaintiff in error.

*F. S. Burney, solicitor, Lawson & Scales,* contra.

---

## 674.  HARRIS v. THE STATE.

HILL, C. J.  1. The assignments of error made in the amendment to the motion for a new trial, not being approved by the trial judge, will not be considered by this court.

2. There being no approved brief of evidence in the record, the statutory grounds for new trial can not be decided.    *Judgment affirmed.*

Accusation of enticing farm laborer, from city court of Ashburn—Judge Hawkins.  May 25, 1907.

Submitted October 7,—Decided October 16, 1907.

*J. H. Tipton, R. L. Tipton,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.